40,661-33

COURT OF CRIMINAL APPEALS

P.O. BOX 12308

CAPITOL STATION

AUSTIN, TEXAS 78711

8-1-15

RE: MOTION FOR LEAVE

RE: ORIGINAL APPLICATION
FOR WRIT OF HABEAS CORPUS

RE: WR-40,661-32

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

CLERK, ENCLOSED IS MOTION FOR LEAVE AND ORIGINAL APPLICATION FOR A WRIT OF HABEAS CORPUS. PLEASE FILE WITH THE COURT.

RESPECTFULLY,

ELIGAH DARNELL JR #1695278
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

APPLICANT

WR-40,661-32

EX PARTE

ELIGAH DARNELL

§ IN THE COURT OF CRIMINAL APPEALS
§
§ OF TEXAS
§
§
§

MOTION FOR LEAVE

TO THE HONORABLE JUDGES OF SAID COURT COMES ELIGAH DARNELL, APPLICANT, AND FILES MOTION FOR LEAVE TO FILE ORIGINAL APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO TEX. R. APP. PROC . THE APPLICANT WILL PROVIDE AS FOLLOWS:

THE APPLICANT WILL DEMONSTRATE HOW HE IS BEING DENIED DUE PROCESS AND EQUAL PROTECTION OF LAW UNDER THE FOURTEENTH AMENDMENT INSIDE THE STATE HABEAS CORPUS PROCEEDINGS AS FOLLOWS: ORIGINAL APPLICATION FOR A WRIT OF HABEAS CORPUS ATTACHED HERETO;

NO WR-40,661-32

EX PARTE

ELIGAH DARNELL

§ IN THE TEXAS COURT OF CRIMINAL APPEALS
§
§ STATE OF TEXAS
§
§

## ORIGINAL APPLICATION

## FOR A WRIT OF HABEAS

## CORPUS

---

TO THE HONORABLE JUDGES OF SAID COURT COMES ELIGAH DARNELL, APPLICANT EX PARTE, AND FILES ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS SEEKING EVIDENTIARY HEARING AND RELEASE FROM UNLAWFUL RESTRAINTS PLACED UPON HIS PHYSICAL LIBERTY.

## FEDERAL LAW

THE APPLICANT INITIALLY FILED POST CONVICTION WRIT IN NO. C-432-010082-1197286-A. THE STATE APPLIED EX PARTE 943 S.W.2d 469 (TEX. CRIM. APP. 1997)

RECOMMENDING THE APPLICANTS CLAIMS NOT BE DECIDED ON THE MERITS. THIS COURT DENIED WITHOUT WRITTEN ORDER THAT CASE. SEE WR-40,661-29. UNDER THESE CIRCUMSTANCES, THERE WAS NO DETERMINATION ON THE MERITS OF APPLICANTS' CLAIMS. SEE RODRIGUEZ V QUARTERMAN 535 f. Supp. 2d 820 (S.D. TEX. 2007) (WHERE PROCEDURAL GROUNDS FOR DENYING RELIEF APPEARS IN THE HABEAS RECORD, NO ADJUDICATION OF MERITS HAS OCCURED). SEE ALSO THOMPSON V JOHNSON 7 F. Supp. 2d 848 (S.D. TEX. 1998) (WHERE PROCEDURAL BAR GROUND FOR DENYING THE APPLICATION DOES NOT APPEAR ADJUDICATION WOULD BE ON THE MERITS).

THE RECORD IN WR, 661-29 SHOWS PROCEDURAL GROUNDS TO DENY REVIEW. THEREFORE, THE PROVISIONS IN TEX. CODE CRIM PROC. ART. 11.07, SEC 4(a)-(c) DOES NOT "LEGALLY" APPLY TO WR-40,661-32 TR. CT. NO. C-432-010462-1197286-B ON 7-8-2015.

THE APPLICANT SHOULD BE ENTITLED TO HAVE HIS INEFFECTIVE ASSISTANCE OF COUNSEL; PROSECUTOR MISCONDUCT AND CLAIM ON INABILITY TO PRESENT FACTS TO SUPPORT CLAIMS DUE TO THE MISTRANSCRIBED REPORTERS' RECORD, DECIDED ON THE MERITS. TO DENY APPLICANT ANY OPPORTUNITY TO HAVE HIS CONSTITUTIONAL CLAIMS DEVELOPED WITH SUPPORTING FACTS AND DECIDED ON THE MERITS, DENIES DUE PROCESS OF LAW AND EQUAL PROTECTION OF LAW UNDER THE 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION.

## PRAYER

WHEREFORE, APPLICANT PRAYS THE COURT ORDER RECORD DEVELOPMENT INSIDE WR-40,661-32 AND ADJUDICATION ON THE MERITS OF THOSE CLAIMS.

RESPECTFULLY,

Elijah Darnell
APPLICANT

# VERIFICATION

THE APPLICANT VERIFY THE FACTS STATED HEREIN ARE TRUE AND CORRECT.

ON THIS <u>1ST</u> DAY

OF <u>AUGUST</u> 2015

*Elijah Darnell Jr.*

APPLICANT